UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Demetrick Lee Tellis,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00823-APG-DJA<br><br>**Order** |

　　　On May 12, 2025, Plaintiff filed initiating documents with the Court. (ECF No. 1). However, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis* (which means proceeding without paying the filing fee). Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **September 22, 2025,** to proceed with this case.

　　　**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff a copy of this order and the approved application to proceed *in forma pauperis* for an inmate as well as its instructions.

　　　**IT IS FURTHER ORDERED** that on or before **September 22, 2025,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

     **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **September 22, 2025**, the Court will recommend dismissal of this action.

DATED: August 21, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE